

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK:DEL
F. #2019R01327

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 30, 2020

<u>By ECF and Email</u>

The Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>United States v. Richard Palmer</u>
      <u>Criminal Docket No. 19-556</u>

Dear Judge Amon:

  The government respectfully submits this letter on behalf of the parties in the above-captioned matter in response to the Court's request for a status update.

  The defendant is charged in a nine-count indictment with sexual exploitation of a child, distribution of child pornography and possession of child pornography in violation of Title 18, United States Code, Sections 2251(a), 2252(a)(2) and 2252(a)(4)(B). The defendant is currently being held at the Metropolitan Correctional Center (the "MCC") pending trial.

  To date, the government has produced discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure, <u>see</u> ECF Nos. 9 and 12, and the parties are engaged in plea negotiations. To further those negotiations, defense counsel intends to submit a forensic evaluation of the defendant by a defense expert. The government awaits that submission.

Defense counsel has informed the government that because the Bureau of Prisons has closed the MCC for visits due to COVID-19, an evaluation has not yet been completed and will not likely be completed until the MCC is reopened.

        The next status conference is scheduled for June 24, 2020, at 10:00 a.m.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ Devon Lash
        Devon Lash
        Assistant U.S. Attorney
        (718) 254-6014

cc:    Amanda David, Esq. (by ECF and Email)
        Clerk of Court (CBA) (by ECF and Email)