**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 22, 2020

**FILED ON ECF**

The Honorable Judge Amon
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Richard Palmer
               Criminal Docket No. 19-CR-556 (CBA)

Dear Judge Amon:

      Mr. Richard Palmer is before the Court pending charges for attempt sexual exploitation, distribution of pornography and possession of pornography. He is scheduled to appear before the Court for a status hearing to take place via teleconference on June 24, 2020 at 10:00 a.m. Mr. Palmer is currently being held at the Metropolitan Correctional Center (hereinafter "MCC") which remains on lockdown in light of the worldwide health pandemic. Mr. Palmer consents to waiving his appearance for the status hearing taking place on June 24, 2020.

                                                       Respectfully submitted,

                                                       /s/ Amanda David
                                                       Amanda David
                                                       Counsel for Richard Palmer
                                                       718.330.1208

Cc: AUSA Devon Lash (via ECF and email)