**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

September 13, 2020

**FILED ON ECF**
The Honorable Judge Amon
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Richard Palmer
>        Criminal Docket No. 19-CR-556 (CBA)

Dear Judge Amon:

Mr. Richard Palmer is before the Court pending charges for attempt sexual exploitation, distribution of pornography and possession of pornography. He is scheduled to appear before the Court for a status hearing to take place September 24, 2020 at 10:00 a.m. Mr. Palmer is currently being held at the Metropolitan Correctional Center (hereinafter "MCC") which remains on lockdown in light of the worldwide health pandemic. Mr. Palmer requests to waive his physical appearance at this hearing and appear by video or telephone. Currently the MCC requires that any inmate who leaves the building for Court must quarantine for at least two weeks after returning to the facility. Quarantine necessarily results in additional constraints on an inmate's movement within the facility. For these reasons Mr. Palmer requests that he not be made to appear in person.

Counsel has consulted with the government about this request and they have no objection. As of Friday, September 11, 2020, MCC had availability for remote appearances on September 24, 2020 at 9:00 a.m., 10:30 a.m. and 12:00 p.m. if the Court is willing to accommodate this request.

Respectfully submitted,

/s/ Amanda David
Amanda David
Counsel for Richard Palmer
718.330.1208

Cc: AUSA Devon Lash (via ECF and email)