**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

January 11, 2021

**FILED ON ECF**
The Honorable Judge Amon
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Richard Palmer
      <u>Criminal Docket No. 19-CR-556 (CBA)</u>

Dear Judge Amon:

  Mr. Richard Palmer responds to the Court's January 11, 2021 request that he confirm that he consents to the exclusion of time under the Speedy Trial Act. In light of the circumstances of the pandemic, ongoing plea negotiations and the need to consult with counsel regarding the superseding indictment, Mr. Palmer, through counsel, consults with the exclusion of time until the February 25, 2021 status conference.

                Respectfully submitted,

                <u>/s/ Amanda David</u>
                Amanda David
                Counsel for Richard Palmer
                718.330.1208

Cc: AUSA Devon Lash (via ECF and email)