**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

April 2, 2021

**FILED ON ECF**

The Honorable Judge Amon
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Richard Palmer
               Criminal Docket No. 19-CR-556 (CBA)

Dear Judge Amon:

      Mr. Richard Palmer is before the Court pending charges for coercion and enticement, distribution of pornography and possession of pornography. He is scheduled to appear before the Court for a change of plea hearing to take place April 6, 2021 at 12:00 p.m. Mr. Palmer is currently being held at the Metropolitan Correctional Center (hereinafter "MCC") which remains on lockdown in light of the worldwide health pandemic. Mr. Palmer requests to waive his physical appearance at this hearing and appear by video. Currently it is counsel's understanding that the MCC requires that any inmate who leaves the building for Court will likely need to quarantine for at least two weeks after returning to the facility. Further, it is counsel's understanding that he may be required to quarantine prior to any court appearance as well. Quarantine necessarily results in additional constraints on an inmate's movement within the facility. For these reasons Mr. Palmer requests that he not be required to appear in person.

      On March 20, 2021 Chief Judge Brodie issued an order continuing to limit in-person proceedings in the District to avoid jeopardizing public health and the safety of those who appear in Court, advising that felony pleas under Rule 11 of the Federal Rules of Criminal Procedure should continue to be held remotely to the maximum extent possible.[1] Mr. Palmer currently has a trial date scheduled for May 3, 2021. We ask that the Court find that his felony plea cannot be further delayed without serious harm to the interest of justice and that, with his consent, the Court conduct this proceeding by videoconference.

---

[1] *See* Administrative Order No. 2021-5 Fourth Authorization to Continue the Use of Videoconferencing for Teleconferencing in Criminal Matters

Counsel has consulted with the government about this request and they have no objection.

                                                Respectfully submitted,

                                                /s/ Amanda David
                                                Amanda David
                                                Counsel for Richard Palmer
                                                718.330.1208

Cc: AUSA Devon Lash (via ECF and email)