**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

July 13, 2021

**FILED ON ECF**
The Honorable Judge Amon
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Richard Palmer
            Criminal Docket No. 19-CR-556 (CBA)

Dear Judge Amon:

    Mr. Richard Palmer is before the Court pending sentencing. Sentencing is currently scheduled for July 27, 2021. The Court previously ordered that the parties file their sentencing submissions according to the following schedule: defense submissions to be filed by 7/13/2021, government submissions to be filed by 7/20/2021. Defense counsel requests, and the government does not object, to the Court amending the submission schedule to allow defense counsel a few additional days to file its defense submission.

    Counsel requests that the defense be permitted to file its submission by 7/15/2021. Defense counsel has consulted with government counsel and they believe they will still have time to respond with their own submission by 7/20/2021, if an extension of the deadline is amenable to the Court. Neither party seeks to adjourn the currently scheduled sentencing date.

                                              Respectfully submitted,

                                              /s/ Amanda David
                                              Amanda David
                                              Counsel for Richard Palmer
                                              718.330.1208

Cc: AUSA Devon Lash and Andrew Wenzel (via ECF and email)